IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DONNA EVANS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:04CV91 |
| | § | |
| CENTERPOINT ENERGY, INC., | § | JUDGE WARD |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S AND DEFENDANT'S JOINT MOTION TO DISMISS WITH PREJUDICE

NOW COMES Plaintiff, Donna Evans, and Defendant, CenterPoint Energy, Inc., and, having resolved all matters between them, hereby move pursuant to Fed. R. Civ. P. 41(a)(2), for an order dismissing this action in its entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorney fees.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this action be dismissed with prejudice, with all attorneys' fees and costs of court being borne by the party that incurred them.

Respectfully submitted,

/s/ Alex A. Castetter by permission S. Calvin Capshaw
Alex A. Castetter
State Bar No. 00783808
*Attorney for Plaintiff Evans*
STUCKEY, GARRIGAN & CASTETTER
Law Offices
2803 North St.
P.O. Box 631902
Nacogdoches, Texas 75963-1902
Phone: (936)560-6020
Facsimile: (936) 560-9578

        By:     /s/ S. Calvin Capshaw
S. Calvin Capshaw
State Bar No. 03783900
E-Mail:  ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
E-Mail:  ederieux@mailbmc.com
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
The Energy Centre (75601)
P. O. Box 3999
Longview, Texas 75606-3999
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
***Attorney for Defendant CenterPoint Energy, Inc.***